# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Bradley J. Olson and Marilyn E. Olson, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hiland Crude, LLC, formerly known as Banner Transportation Company, LLC, | ) ) | Case No. 4:14-cv-093 |
| | ) | |
| Defendants. | ) | |

Before the court "Stipulation and Joint Motion to Vacate Scheduling Order" filed by the parties on August 31, 2015. The court **ADOPTS** the parties' stipulation (Docket No. 15). The court **VACATES** its scheduling order and **CANCELS** the final pretrial conference set for September 15, 2015, and trial set for September 29, 2015. The court shall conduct a telephone conference call with the parties on October 29, 2015, at 1:30 p.m. to discuss the status of this case. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 8th day of September, 2015.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court