# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Bradley J. Olson and Marilyn E. Olson, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hiland Crude, LLC, f/k/a Banner Transportation Company, LLC, | ) ) | |
| | ) | |
| | ) | Case No. 4-14-cv-93 |
| Defendant. | ) | |

Before the court is a stipulation between the parties, wherein the parties inform the court they have come to a mutual agreement resolving the conflict giving rise to the current litigation. (Docket No. 20). Because of this agreement, the parties stipulate this litigation should be dismissed with prejudice and without costs.

The court **ADOPTS** the parties' stipulation. The above-captioned case is hereby terminated with prejudice and without costs.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
